IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY HUDSON, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CA C-08-254 |
| | § | |
| UNIV. OF TEXAS MEDICAL BRANCH, | § | |
| ET AL., | § | |
| Defendants. | § | |

### ORDER DENYING WITHOUT PREJUDICE
### MOTION TO AMEND MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff is an inmate in the Texas Department of Criminal Justice - Institutional Division, currently incarcerated at TDCJ-CID's McConnell Unit in Beeville, Texas. Proceeding *pro se*, plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that defendants at the McConnell Unit in Beeville, Texas, were deliberately indifferent to his serious medical needs when treating his diabetes (D.E. 1). Service of process has been ordered (D.E. 15). Plaintiff's motion for appointment of counsel was denied December 10, 2008 (D.E. 31).

On December 15, 2008, after plaintiff's motion was denied, plaintiff filed a motion to amend his motion for appointment of counsel (D.E. 33). Plaintiff's motion to amend is denied as moot because an order denying his motion for counsel has already been entered. In any event plaintiff's motion does not help to clarify any issues raised in his motion for appointment of counsel. He asks to substitute Exhibit 7 for Exhibit 6; but plaintiff failed to provide Exhibit 7; thus no meaningful review can be made of his request for amendment.

Plaintiff's motion is denied without prejudice. Plaintiff may re-file his motion for appointment of counsel at any time that he believes his circumstances have changed and he should be entitled to appointment of counsel.

ORDERED this 30th day of December, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE